IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 21-MJ-801 |
| | : | |
| v. | : | |
| | : | |
| GARY EDWARDS | : | (DDC MAG. NO. 21-MJ-393) |
| | : | |

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ 100,000
     __X__ **O/R**
     _____ **cash**
     _____ **secured by**:
          _____ **% cash**
          _____ **property at:**
          _____**Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

__X__    Defendant shall report to Pretrial Services:
          _____ **as directed** by Pretrial Services.
          _____ times per week **in person**.
          __1__ time per week **via telephone**.

__X__  Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
_____  Defendant shall submit to **random drug testing** as directed by Pretrial Services.
__X__  Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
_____  Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____  Defendant shall submit to **electronic monitoring** at the following address:

      _____This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

      _____ **Curfew.** You are restricted to your residence every day from _____ to _____ , during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

      _____**Home Detention.** You are restricted to your residence at all times except for

employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

_____ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

## PASSPORT

\_\_X\_\_ Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

\_\_X\_\_ Travel is restricted to the **Eastern District of Pennsylvania**. and District of New Jersey.
\_\_\_\_\_ Travel is restricted to the _____.
\_\_X\_\_ Unless prior permission is granted by Pretrial Services.

**Defendant shall not travel outside of the Continental United States without prior approval by the Court.**

## FIREARMS

\_\_X\_\_ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

\_\_X\_\_ Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.
\_\_\_\_\_ Defendant must maintain present **employment**.
\_\_\_\_\_ Defendant must **actively seek** gainful employment.
\_\_\_\_\_ Defendant shall undergo a **mental competency evaluation**.
\_\_X\_\_ Defendant must reside:
    **at**: 43 Addis Drive, Churchville, PA 18966

    **with**:

## COMPUTERS/INTERNET

\_\_\_\_\_ The Defendant is subject to the following computer/internet restrictions which are to

be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

      _____**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

      _____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

      _____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

      _____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

      _____**Other Restrictions**:

**OTHER CONDITIONS:**

**Defendant shall stay out of the District of Columbia except for Court or Pretrial Services business.**

**Report as soon as possible every contact with law enforcement personnel, including arrest, questioning, and traffic stops.**

**\*\*ATTEND COURT IN THE DISTRICT OF COLUMBIA VIA THE ATTACHED ZOOM LINK FOR AN INITIAL APPEARANCE HEARING ON  MONDAY, MAY 10, 2021 at 1:00 P.M., WITH COUNSEL.**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

/s Christine E. Sykes
CHRISTINE E. SYKES
AUSA

/s Maranna J. Meehan
MARANNA J. MEEHAN
ASSISTANT FEDERAL DEFENDER

It is so ORDERED this __4th__ day of _May_____, 2021.

BY THE COURT:

/s/ Timothy R. Rice
HONORABLE TIMOTHY R. RICE
UNITED STATES MAGISTRATE JUDGE

Last Revised: 9-20-16

**ZOOM INFORMATION FOR U.S. CAPITOL CASE INITIAL APPEARANCES BEFORE MAGISTRATE JUDGE ROBIN M. MERIWEATHER**

The Zoom information below is for use by counsel and defendants only. It is not to be given to family members or friends. The telephone number for public and media use is:

866-590-5055, access code: 5496501#

RECORDING AUDIO OR VIDEO OF ANY COURT PROCEEDING IS STRICTLY PROHIBITED BY FEDERAL LAW.

Join ZoomGov Meeting

https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=Wlh3MUY5VTRZTUFSYXM5REliN2UvZz09

Meeting ID: 161 8952 5787

Passcode: 860903

One tap mobile

+16692545252,,16189525787#,,,,,,0#,,860903# US (San Jose)

+16468287666,,16189525787#,,,,,,0#,,860903# US (New York)

Dial by your location

+1 669 254 5252 US (San Jose)

+1 646 828 7666 US (New York)

+1 669 216 1590 US (San Jose)

+1 551 285 1373 US

Meeting ID: 161 8952 5787

Passcode: 860903